# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

```
___ FILED        ___ RECEIVED
___ ENTERED      ___ SERVED ON
         COUNSEL/PARTIES OF RECORD

         FEB 28 2023

    CLERK US DISTRICT COURT
      DISTRICT OF NEVADA
BY:_____ DEPUTY
```

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br> -vs- <br><br> Fidel Meza <br><br> Defendant. | Case No. 2:23-mj-152 <br><br> **ORDER** |

IT IS HEREBY ORDERED that the Department of Homeland Security, Immigration and Customs Enforcement shall provide to counsel in the above-captioned case a complete copy of every document contained in the defendant's Alien ("A") file within <u>seven (7) days</u> of the date of Order, unless the government files a formal objection or other appropriate motion within <u>six (6) days</u> of the date of this Order.

IT IS FURTHER ORDERED that the U.S. Attorney's Office shall serve a copy of this Order on the Officer in Charge, Department of Homeland Security, Immigration and Custom Enforcement, Las Vegas, Nevada.

DATED this 25th day of February.

_____
UNITED STATES MAGISTRATE JUDGE